IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE ROBERT HACKNEY,

    Petitioner,                    No. 2:13-cv-0282 GGH P

    vs.

D. PARAMO,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has filed a motion for summary judgment, regarding an alleged due process violation in the imposition of restitution in conjunction with his conviction. Petitioner is informed that this issue was raised in his habeas petition and will be decided when his habeas petition is decided.

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 29, 2013 motion for summary judgment, (dkt. no. 9), is denied without prejudice to a later ruling.

DATED: April 15, 2013

                         <u>/s/ Gregory G. Hollows</u>
                    UNITED STATES MAGISTRATE JUDGE

GGH:076/Hack0282.msj.wpd